

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00663-CV

**IN THE INTEREST OF E.J.C.T.**, a Child

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2023PA01382
Honorable Kimberly Burley, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE VALENZUELA, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED. Costs of appeal are not assessed against appellant because she qualifies as indigent.

SIGNED March 19, 2025.

_____
Irene Rios, Justice